AO-10 (WP)
Rev. 1/2005

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKeague, David W. | Western District of Michigan | April 4, 2005 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) District Judge (active) | 5. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial __X__ Annual ___ Final | 6. Reporting Period 1/1/04 to 12/31/04 |
|---|---|---|
| 7. Chambers or Office Address United States District court 315 West Allegan Lansing, MI 48933 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ | |

IMPORTANT NOTES:. The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Adjunct Professor | Michigan State University College of Law |
| 2 | | |
| 3 | | |

2005 APR 13 A 10: 07 FINANCIAL DISCLOSURE OFFICE RECEIVED

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [X] NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|

A. Filer's Non-Investment Income

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|---|
| 1 | 2004 | Michigan State University College of Law (approved teaching) | $ 23,500 |
| 2 | | | $ |
| 3 | | | $ |

B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

[ ] NONE (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| 1 | 2004 | Michigan Chamber of Commerce – wages | |
| | 2004 | Michigan Health & Hospital Association - wages | |
| 2 | 2004 | Accident Fund of Michigan – director fees | |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X 1 | NONE (No such reportable reimbursements.) | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X 1 | NONE (No such reportable gifts.) | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | Sallie Mae Servicing Corp. | Student loans | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period (1) Amt. Code1 (A-H) | B. (2) Type (e.g. div., rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month-Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | Stonehedge Limited Partnership | A | Dividend | K | W | | | | | |
| 2 | National City Bank account | | None | J | T | | | | | See Note in Part VIII |
| 3 | Ohio National Universal Life Policy | | None | K | T | | | | | See Note in Part VIII |
| 4 | IRA 1 | E | Dividend | O | T | | | | | |
| 5 | - Schwab Money Market Fund | | | | | Sell | 11/30 | J | A | |
| 6 | - Schwab Adv. Cash Reserve | | | | | Buy | 11/30 | J | | |
| 7 | - PIMCo Diversified Income | | | | | Buy | 5/27 | J | | |
| 8 | - PIMCo Low Duration | | | | | Buy | 5/27 | K | | |
| 9 | - PIMCo Real Return | | | | | Sell | 5/27 | J | A | |
| 10 | - PIMCo Total Return | | | | | Buy | 10/28 | K | | |
| 11 | - PIMCo High Yield | | | | | Sell | 10/28 | K | B | |
| 12 | - American Beacon Intl Equity Instl | | | | | Sell | 5/27 | J | A | See note in Part VIII |
| 13 | - Artisian Intl | | | | | | | | | |
| 14 | - DFA U.S. Small Cap | | | | | Sell | 5/27 | K | C | |
| 15 | - Nations Intl Value | | | | | Sell | 5/27 | J | B | |
| 16 | - T Rowe Price Mid Cap | | | | | Sell | 5/27 | J | B | |
| 17 | - Vanguard Explorer | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

## VII. Page 2 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| **NONE** (No reportable income, assets, or transactions) | | | | | | | | | |
| 18  - Vanguard 500 Index | | | | | Buy | 5/27 | K | | |
| 19  Michigan Health & Hospital Assoc. 401(k) | A | Dividend | J | T | | 3/1 | J | | |
| 20  Fifth Third Bank accounts | A | Interest | L | T | | | | | See Note in Part VIII |
| 21  Ohio National Universal Life Policy | | None | J | T | | | | | See Note in Part VIII |
| 22  IRA 2 | C | Dividend | M | T | | | | | |
| 23  - Schwab Money Market Fund | | | | | Sell | 11/30 | J | A | |
| 24  - Schwab Adv. Cash Reserve | | | | | Buy | 11/30 | J | | |
| 25  - PIMCo Diversified Income | | | | | Buy | 8/24 | K | | |
| 26  - PIMCo Low Duration | | | | | Buy | 8/24 | K | | |
| 27  - PIMCo Real Return | | | | | Buy | 8/24 | J | | |
| 28  - PIMCO Total Return | | | | | Buy | 8/24 | K | | |
| 29 | | | | | Buy | 10/28 | J | | |
| 30  - PIMCo High Yield | | | | | Buy | 8/24 | J | | |
| 31 | | | | | Sell | 10/28 | J | A | |
| 32  - American Beacon Intl Equity Instl | | | | | Buy | 8/24 | K | | |
| 33  - Artisian Intl | | | | | Buy | 8/24 | J | | |

| | |
|---|---|
| 1 Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000 |
| 2 Value Codes: (See Col. C1, D3) | J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000    P3=$25,000,001-$50,000,000    P4=More than $50,000,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market    U=Book value    V=Other    W=Estimated |

## VII. Page 3 INVESTMENTS and TRUSTS — income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 34  - DFA U.S. Small Cap | | | | | Buy | 8/24 | J | | |
| 35  - Ranier Small Mid Cap | | | | | Buy | 8/24 | J | | |
| 36  - Vanguard Explorer | | | | | Buy | 8/24 | J | | |
| 37  - Vanguard 500 Index | | | | | Buy | 8/24 | L | | |
| 38  IRA 3 | A | Dividend | J | T | | | | | |
| 39  - AIM S&P 500 Index | | | | | Buy | 3/1 | J | | |
| 40  IRA 4 | A | Dividend | J | T | | | | | |
| 41  - Prime Fund Capital Reserves | | | | | | | | | See note in Part VIII |
| 42 | | | | | | | | | |
| 43 | | | | | | | | | |
| 44 | | | | | | | | | |
| 45 | | | | | | | | | |
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 | | | | | | | | | |
| 49 | | | | | | | | | |

| 1 | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001- $100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2 | Value Codes: (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001- $100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3 | Value Method Codes: (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

1. The Michigan Chamber of Commerce Employee Money Purchase Plan listed in Part VII, line 2 of the 2003 report was rolled into IRA 2 upon change of employment in 2004.

2. The assets listed in Part VII, lines 2, 3, 20, 21 and 41 were inadvertently omitted from prior reports.

3. The American Aadvantage Intl asset listed in Part VII, line 3 of my 2003 Annual Report has changed its name to American Beacon Intl Equity Instl.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app., § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____  Date _April 4, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. App., § 104.)

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
    United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544